**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS ALONSO CARRANZA-VALLE, | No. 08-70743 |
| Petitioner, | Agency No. A096-079-626 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Luis Alonso Carranza-Valle, a native and citizen of El Salvador, petitions

for review of a Board of Immigration Appeals ("BIA") order dismissing his appeal

from an immigration judge's decision denying his request for protection under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for substantial evidence factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), and we review de novo due process claims, *Ram v. INS*, 243 F.3d 510, 516 (9th Cir. 2001). We deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because Carranza-Valle failed to establish it is more likely than not that he will be tortured if he returns to El Salvador. *See Santos-Lemus v. Mukasey*, 542 F.3d 738, 748 (9th Cir. 2007).

We reject Carranza-Valle's contention that the BIA violated his due process rights by failing to adequately consider his CAT claim because it is not supported by the record. *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error to establish due process claim).

**PETITION FOR REVIEW DENIED.**

08-70743